E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Northern District of California

| | |
|---|---|
| Parker West International, LLC, a California limited company | ) |
| Plaintiff | ) |
| v. | ) CV 08 2810 |
| Clean Up America, Inc., a Virginia corporation, et al. | ) Civil Action No. |
| Defendant | ) EMC |

**Summons in a Civil Action**

To:    Clean Up America, Inc., a Virginia corporation

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Karin P. Beam / Warren L. Dranit
Spaulding McCullough & Tansil LLP
90 South E Street, Ste. 200
Santa Rosa, CA 95404

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

Date:    JUN  5 2008

Helen L. Almacen

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



(R) DOMINIC P. LASCARA
(PERSONAL ON R/A)
2:26 PM
8/7/08 ✗

AO 440 (Rev. 03/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____08/07/2008_____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      Dominic P. Lascara, PLC_____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _0.00_____ for travel and $ _65.00_____ for services, for a total of $ _65.00_____.

Date: _____08/07/2008_____

_David M. Haines_
Server's signature

## David M. Haines, Private Process Server
Printed name and title

1561 Bradford Road, Suite 201
Virginia Beach, VA  23455
(757) 464-2603

Server's address