```
1  Warren L. Dranit, Esq. (State Bar No. 160252)
   Karin P. Beam, Esq. (State Bar No. 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA 95402
4  Telephone:  (707) 524-1900
   Facsimile:  (707) 524-1906
5  Email: dranit@smlaw.com; beam@smlaw.com

6  Attorneys for Plaintiff
   Parker West International, LLC
7
```

## U. S. DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER WEST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAN UP AMERICA, INC., a Virginia corporation; CLEAN UP AMERICA FRANCHISE DEVELOPMENT CORPORATION, a Florida corporation,<br><br>Defendants. | Case No.: C 08-02810 EMC<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT DATES |

Having read and considered plaintiff Parker West International LLC's Motion to Continue Management Dates, and good cause appearing therefore, the Court hereby sets the following new case management dates:

| Event | Date |
|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 10/8/2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | 10/22/2008 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1:30 PM | 10/29/2008 |

1

Plaintiff is directed to serve this Order upon all other parties in this action.

IT IS SO ORDERED:

DATED: August 28, 2008

_____
Magistrate Judge Edward M. Chen

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

# PROOF OF SERVICE

I declare that:

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is: Post Office Box 1867, Santa Rosa, CA 95402.

On August 27, 2008, I caused the following document to be served by delivering as noted below:

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT DATES

(X)   BY MAIL  I caused each such envelope to be served by sealing and depositing with the United States Postal Service, with postage thereon fully prepaid, at Santa Rosa, California.

Addressed to the following:

Dominic P. Lascara, PLC
652 Independence Pkwy Suite 120
Chesapeake, VA 23320
(Agent for Service of Process for Clean Up America, Inc.)

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 27, 2008, at Santa Rosa, California.

Rishell E. Peretson