<div style="float:left">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER WEST INTERNATIONAL, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>CLEAN UP AMERICA, INC., *et al.*,<br><br>      Defendants.<br>_____/ | No. C-08-2810 EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART KEKER & VAN NEST LLP'S MOTION TO SHORTEN TIME RE MOTION TO WITHDRAW AS COUNSEL; AND RESETTING CASE MANAGEMENT CONFERENCE**<br><br>**(Docket No. 31)** |

      Keker & Van Nest LLP ("Keker") has filed a motion to withdraw as counsel for Defendants, which it seeks to have heard on shortened time -- more specifically, on January 28, 2009. The Court denies the request for shortened time to the extent that Keker seeks a hearing date of January 28. A hearing on January 28 would not give Defendants an adequate opportunity to file a response to the motion to withdraw. However, shortened time in principle is not improper. Accordingly, the Court shall hold a hearing on Keker's motion to withdraw on **February 11, 2009, at 10:30 a.m.** Any response to the motion to withdraw shall be filed by February 4, 2009. There shall be no reply.

///
///
///
///
///

In addition, the Court vacates the case management conference set for January 28. The case management conference shall be held instead on **February 11, 2009, at 10:30 a.m.** A joint case management statement shall be filed no later than February 4, 2009.

Keker is ordered to serve a copy of this order on its clients, Defendants, within one day of the date of this order.

IT IS SO ORDERED.

Dated: January 21, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2